IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:13CR00068-08 JLH

ANDRE JERMAINE ROBINSON

## FINAL ORDER OF FORFEITURE

On January 29, 2014, the Court entered a Preliminary Order of Forfeiture (Dkt. 217), ordering Andre Jermaine Robinson to forfeit his interest in one Hi Point, model C9, 9mm pistol, bearing serial number P1432149 ("forfeited property"). The Order provided that it would become final as to Andre Jermaine Robinson at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Andre Jermaine Robinson, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED this 1st day of May, 2014.

_____
HONORABLE J. LEON HOLMES
United States District Judge